# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
SEP 1 6 2015

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESUS ANTONIO CHAIDEZ-RATAMOZA, <br><br> Defendant. | CASE NO. 15CR2113-LAB <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the ~~Indictment~~/Information:

8 USC 1326 - Attempted Entry After Deportation
8 USC 1325 - Illegal Entry

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/16/2015

Ruben B. Brooks
U.S. Magistrate Judge